```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

HEINZ SCHROEDER,

                Plaintiff,

        -against-
                                              ORDER
COUNTY OF NASSAU, et al.,                     07-CV-2784(JS)(WDW)


                Defendants.
----------------------------------X

HEINZ SCHROEDER,

                Plaintiff,

        -against-
                                              ORDER
COUNTY OF NASSAU, et al.,                     07-CV-3034(JS)(WDW)


                Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:     Heinz Schroeder, Pro Se
                   68530-03
                   North East Ohio Correctional Facility
                   2240 Hubbard Rd.
                   Youngstown, OH 44505

For Defendants:    No Appearance

SEYBERT, District Judge:
```

Upon review of the Report and Recommendations of Magistrate Judge William D. Wall issued September 18, 2007, to which no party has objected, the Court hereby ADOPTS both Report and Recommendations in their entirety.

Magistrate Judge Wall's Report and Recommendations provided that any objections were to be filed with the Clerk of the

Court within ten (10) days. The time for filing objections has expired and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report and Recommendations in their entirety and ORDERS that (1) the two actions be consolidated under case number 07-CV-2784, (2) case number 07-CV-3034 be CLOSED, and (3) Plaintiff file an Amended Complaint, naming a new Defendant, Benjamin Okonta, M.D., and including the combined claims of both actions, no later than November 20, 2007.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: October 16, 2007
Central Islip, New York